**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 27, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-22-00545-CV**

---

## IN RE TONY'S BARBECUE AND STEAKHOUSE, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-55732**

---

## MEMORANDUM OPINION

On July 25, 2022, relator Tony's Barbecue and Steakhouse, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Frederica Phillips, presiding judge of the 61st District Court of Harris County, to vacate her July 25, 2022 order denying relator's motion for pretrial order.

Relator has not established that it is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.  We also deny relator's motion to stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.